**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000540
16-FEB-2023
07:54 AM
Dkt. 60 OAWST**

NO. CAAP-22-0000540

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAWAIIAN SLINGS, Plaintiff-Appellant, v.
ISLAND INSURANCE, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000443)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the Withdraw [sic] of Appeal, filed February 10, 2023, by Plaintiff-Appellant Hawaiian Slings, through Noe Raquinio, self-represented, which the court construes as a motion to dismiss this docketed appeal, under Hawai'i Rules of Appellate Procedure Rule 42(b), the papers in support and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, February 16, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge